IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ARTISAN & TRUCKERS CASUALTY COMPANY, | ) ) ) | CASE NO. 3:17-cv-02399 |
| | ) ) | (consolidated for case management purposes with 3:16-cv-02788) |
| *Plaintiff,* | ) ) | |
| v. | ) ) | JUDGE JEFFREY J. HELMICK |
| MEREDITH A. MILLER, *et al.,* | ) ) ) ) | **NOTICE OF FILING OF AMENDED EXHIBIT A TO PLAINTIFF'S COMPLAINT** |
| *Defendants.* | ) | |

Plaintiff Artisan & Truckers Casualty Company hereby gives notice of the filing of Amended Exhibit A to its Complaint (Doc. #1-1), which is a corrected copy of the applicable policy of insurance. The amended exhibit is submitted because the original exhibit inadvertently omitted certain applicable forms and endorsements. However, the amended exhibit does not materially change the substantive allegations of the pleading.

        Respectfully submitted,

        _____
        RICHARD M. GARNER (0061734)
        rgarner@cruglaw.com
        KURT D. ANDERSON (0046786)
        kanderson@cruglaw.com
        **COLLINS, ROCHE, UTLEY & GARNER, LLC**
        655 Metro Place South, Suite 200
        Columbus, OH 43017
        T: (614) 901-9600 F: (614) 901-2723

        *Counsel for Artisan & Truckers Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court electronically on the 5th day of July, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
RICHARD M. GARNER (0061734)
rgarner@cruglaw.com
KURT D. ANDERSON (0046786)
kanderson@cruglaw.com